UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED MOSA YAAKOOBI, et al    )
                                 )
        Petitioners,              )
                                 )
v.                                )    C.A. No. 06-cv-1683 (RWR)
                                 )
GEORGE W. BUSH, et al,            )
                                 )
        Respondents.              )

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner Mohammed Mosa Yaakoobi and Abdul Majid, as Next Friend of Mohammed Mosa Yaakoobi, in this matter. Service upon counsel may be made to:

> Deming E. Sherman, Esq.
> Patricia A. Sullivan, Esq.
> Edwards Angell Palmer & Dodge LLP
> 2800 Financial Plaza
> Providence, RI 02903
> (401) 274-9200
> (401) 276-6611 (Fax)

and

> Jared A. Goldstein, Esq.
> Roger Williams University School of Law
> Ten Metacom Ave.
> Bristol, Rhode Island 02809
> (401) 254-4594
> (401) 254-4640 (Fax)
> D.C. Bar No. 478572

Deming E. Sherman and Patricia A. Sullivan hereby certify, pursuant to L. Cv. R. 83.2(g), that they are members in good standing of the bars of the State of Rhode Island and the United States District Court for the State of Rhode Island and are representing Petitioners without compensation.

Counsel for Petitioners:

_____
Deming E. Sherman

_____
Patricia A. Sullivan

EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

_____
Jared A. Goldstein
ROGER WILLIAMS UNIVERSITY
 SCHOOL OF LAW
Ten Metacom Ave.
Bristol, Rhode Island 02809
(401) 254-4594
(401) 254-4640 (Fax)
D.C. Bar No. 478572

February 8, 2007