UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED MOSA YAAKOOBI | : | |
| (a/k/a Mohammed Mosa Yakoobi, | : | |
| Mohammed Yacoub), | : | |
| *et al.*, | : | |
| | : | |
| *Petitioners,* | : | |
| v. | : | |
| | : | |
| GEORGE W. BUSH, | : | Civil Action No. 06-cv-01683-RWR |
| *et al.* | : | |
| | : | |
| *Respondents.* | : | |

**PETITIONERS' REPLY TO RESPONDENTS' OPPOSITION TO MOTION TO
STAY AND ABEY**

The Court should defer consideration of the motion until the D.C. Circuit and

the Supreme Court determine how these actions should be handled in light of the

Supreme Court's denial of certiorari in *Boumediene v. Bush* and *Al Odah v. United

States*, 127 S. Ct. 1478 (2007).  On April 27, 2007, the *Al Odah* and *Boumediene*

petitioners filed petitions in the Supreme Court seeking rehearing of the Court's order

denying review and to defer consideration of the petitions pending those petitioners'

exhaustion of remedies under the Detainee Treatment Act of 2005.[1]

Following the Supreme Court's denial of certiorari on April 2, 2007, petitioners in

*Al Odah v. United States*, No. 05-0564, filed motions in the D.C. Circuit to stay the

mandate and to govern the appeal.  Likewise, petitioners in *Abdah v. Bush*, No. 05-5127,

---

[1]     In *Boumediene*, Judge Leon granted the government's motion to dismiss the Guantánamo
cases before him; the D.C. Circuit affirmed.  In *Al Odah*, Judge Joyce Hens Green denied in part
the government's motion to dismiss the Guantánamo cases before her, the D.C. Circuit reversed.
*See Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007).

and *Abdah v. Bush*, No. 05-5224, filed motions in the D.C. Circuit to continue to hold those appeals in abeyance, to govern those appeals, and to direct this Court not to dismiss these actions.[2]  The Petitioner filed a motion for a stay-and-abey order on April 20, 2007. The government filed an opposition to Petitioner's stay-and-abey motion on April 23, 2007.  The D.C. Circuit has not yet acted on Petitioner's motion.

The disposition of these motions and petitions by the D.C. Circuit and the Supreme Court will clarify how this Court is to handle these actions.  Until those courts provide such clarification, consideration of the motion would be premature in any event.

### CONCLUSION

For the foregoing reasons, the Court should defer consideration of Petitioners' motion to stay-and-abey pending the issuance of the mandate and further guidance from the D.C. Circuit and the Supreme Court.

Dated:  April 30, 2007

/s/ Deming E. Sherman
/s/ Patricia A. Sullivan
Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER
  & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6625

and

---

[2] In *Abdah*, No. 05-5127, the government appealed this Court's order requiring the government to provide Petitioners' counsel with unredacted records of their clients' Combatant Status Review Tribunal proceedings.  In *Abdah*, No. 05-5224, the government appealed this Court's order requiring the government to provide Petitioners' counsel with advance notice of contemplated transfer of their clients from Guantánamo.  The D.C. Circuit held both *Abdah* appeals in abeyance pending disposition of the *Al Odah* appeal.

Jared A. Goldstein
ROGER WILLIAMS UNIVERSITY
  SCHOOL OF LAW
Ten Metacom Avenue
Bristol, RI  02809
Tel: (401) 254-4594

Michael Ratner
Shayana Kadidal
J. Wells Dixon
CENTER FOR CONSTITUTIONAL
  RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

*Counsel for Petitioners*

PRV_880701_1.DOC/ELAZAR

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2007, a true copy of the foregoing document was served upon each attorney of record listed below by electronic filing, via ECF, of this document with the United States District Court for the District of Columbia:

Judry L. Subar                          Email:  judry.subar@usdoj.gov
Terry M. Henry                          Email:  terry.henry@usdoj.gov

*Attorneys for Respondents*

                                        /s/ Patricia A. Sullivan
                                        _____
                                        Patricia A. Sullivan


                                        /s/ Deming E. Sherman
                                        _____
                                        Deming E. Sherman