IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Odah v. Bush | ) | Civil Action No. 06-cv-01668 (HHK) |
| Naseem v. Bush | ) | Civil Action No. 06-cv-01677 (RCL) |
| Rahmattullah v. Bush | ) | Civil Action No. 06-cv-01681 (JDB) |
| Yaakoobi et al. v Bush | ) | Civil Action No. 06-cv-01683 (RWR) |
| Akhouzada v. Bush | ) | Civil Action No. 06-cv-01685 (JDB) |
| Toukh v. Bush | ) | Civil Action No. 06-cv-01687 (ESH) |
| Naseer v. Bush | ) | Civil Action No. 06-cv-01689 (RMU) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Shayana Kadidal of the Center for Constitutional Rights hereby substitutes for William H. Goodman, formerly with the Center for Constitutional Rights, and enters his appearance as an attorney for petitioners in the above-captioned matters.

/s/
Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

William H. Goodman
Goodman & Hurwitz, P.C.
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170

**Certificate of Service**

      I, Shayana Kadidal, certify that on this date, I caused the foregoing Notice of Substitution of Counsel to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.

Dated: November 20, 2007

                                                    /s/
                              Shayana Kadidal (D.C. Bar No. 454248)
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, NY  10012-2317
                              Ph: (212) 614-6438
                              Fax: (212) 614-6499