UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED MOSA YAAKOOBI,<br>   *et al.*<br><br>              Petitioners,<br><br>   v.<br><br>GEORGE W. BUSH,<br>   President of the United States<br>   *et al.*,<br><br>              Respondents. | Civil Action No. 06-cv-1683 (RWR) |

### PETITIONER'S MOTION FOR EXTENSION OF TIME

Petitioner, Mohammed Mosa Yaakoobi, by and through his undersigned counsel, hereby moves for an extension of time of 90 days in which to determine whether or not to file a Motion to Reopen. In support, Petitioner states as follows:

1.    In lieu of dismissing this case following *Boumediene v. Bush*, 476 F.2d 981 (D.C. Cir. 2007), Judge Roberts continued the stay pending the disposition of *Boumediene v. Bush,* 06-1195 on July 2, 2007. The parties were directed to either move to reopen the case or move to dismiss the case within ten days of the Supreme Court's disposition of *Boumediene v. Bush*, which was decided on Thursday, June 12, 2008.

2.    Undersigned counsel file this motion to extend time for 90 days, within which time we will attempt to contact our client, Mohammed Mosa Yaakoobi, and his Next Friend, Abdul Majid, to obtain instructions regarding whether to proceed with respect to moving to reopen.

3.    Undersigned counsel received notice on August 10, 2007 that our client, Mr.

Yaakoobi, was transferred out of the detention facility located at Guantanamo Bay in Cuba. The United States relinquished custody of Mr. Yaakoobi and transferred him to the control of the Government of Afghanistan. At this time, we are not aware of Mr. Yaakoobi's whereabouts.

4. An extension of time is needed to permit undersigned counsel to contact Mr. Yaakoobi, and his Next Friend, to inform him of the Supreme Court's disposition in *Boumediene*, and determine how he would like to proceed.

5. Pursuant to Local Civil Rule 7(m), counsel for the Petitioner conferred with Respondents' counsel regarding this Motion. The Respondents' counsel will not oppose this Motion.

A proposed order is attached.

Dated: July 1, 2008

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6625

and

Jared A. Goldstein
ROGER WILLIAMS UNIVERSITY
 SCHOOL OF LAW
Ten Metacom Avenue
Bristol, RI 02809
Tel: (401) 254-4594

        Michael Ratner
        Shayana Kadidal
        J. Wells Dixon
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6464
        Fax: (212) 614-6499

        *Counsel for Petitioners*

CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of July, 2008, a true copy of the foregoing document was served upon each attorney of record listed below by electronic filing, via ECF, of this document with the United States District Court for the District of Columbia:

| | |
|---|---|
| Judry L. Subar | Email:  judry.subar@usdoj.gov |
| Terry M. Henry | Email:  terry.henry@usdoj.gov |

*Attorneys for Respondents*

                /s/ Deming E. Sherman
                Deming E. Sherman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED MOSA YAAKOOBI,
    *et al.*

        Petitioners,

    v.

GEORGE W. BUSH,
    President of the United States
     *et al.*,

        Respondents.

Civil Action No. 06-cv-1683 (RWR)

**PROPOSED ORDER**

Having considered Petitioner's Motion for an Extension of Time, it is hereby

ORDERED that Petitioner's Motion is GRANTED. Petitioners shall have 90 days from the entry of this Order to file a Motion to Reopen.

Dated: _____

_____
Judge Richard W. Roberts
United States District Judge