UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: : | |
| : | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY : | |
| DETAINEE LITIGATION : | Civil Action No. 06-cv-1683 (RWR) |
| : | |

**NOTICE REGARDING ISSUE OF COORDINATION AND MANAGEMENT (ACCESS TO INFORMATION IN THE POSSESSION OF THE GOVERNMENT REGARDING COLLATERAL CONSEQUENCES OF ENEMY COMBATANT CLASSIFICATION)**

The above-captioned case for Petitioner Mohammed Mosa Yaakoobi is assigned to Judge Roberts. The undersigned counsel telephonically attended the July 8 Scheduling Conference before Judge Hogan in Miscellaneous No. 08-442. In response to the Court's invitation that counsel not designated to speak may submit additional suggestions regarding possible issues for coordination and management, Petitioner submits this Notice.

1.      Petitioner is an illiterate and disabled Afghani civilian who was wrongly classified as an "enemy combatant" and incarcerated at Guantanamo Bay from late 2002 through at least August 10, 2007. On August 10, 2007, the undersigned counsel received notice that he was being transferred from Guantanamo Bay to the control of the Government of Afghanistan. No further information was provided. As of this writing attempts by the undersigned counsel to contact him or his family have been unsuccessful. Specifically, we have been unable to learn whether he was released to his family and freedom, or whether he has been incarcerated in Afghanistan as a result of the wrongful classification as an "enemy combatant."

2.      Based on the foregoing and mindful of the Court's interest in expeditious resolution of these matters, the undersigned counsel respectfully suggests that, with respect to

PRV 962930.2

cases involving Petitioners no longer detained at Guantanamo Bay, and upon request of the Petitioner in question, the Government be ordered to provide to counsel within a reasonable period (no more than 30 days) from the making of the request, all information in the possession, custody or control of the Government regarding the current whereabouts of the Petitioner, including without limitation, whether he may have been subjected to ongoing incarceration and whether that incarceration is as a result of the "enemy combatant" designation.

We appreciate this Court's resolve to conclude these cases expeditiously. We hope that our comments will serve the Court's purpose in this regard.

Dated: July 9, 2008

/s/ Patricia A. Sullivan
Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6625

and

Jared A. Goldstein
ROGER WILLIAMS UNIVERSITY
 SCHOOL OF LAW
Ten Metacom Avenue
Bristol, RI  02809
Tel: (401) 254-4594

Michael Ratner
Shayana Kadidal
J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

**Counsel for Petitioners**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of July, 2008, a true copy of the foregoing document was served upon each attorney of record in C.A. No. 06-cv-1683 (RWR) listed below by electronic filing, via ECF, of this document with the United States District Court for the District of Columbia:

| | |
|---|---|
| Judry L. Subar | Email:  judry.subar@usdoj.gov |
| Terry M. Henry | Email:  terry.henry@usdoj.gov |

*Attorneys for Respondents*


      I hereby certify that on the 9th day of July, 2008, I electronically filed the foregoing document in Misc. No. 08-442 (TFH) with the Clerk of the Court using the ECF system, which will send notification of such filings to all counsel of record.

                                                  /s/ Patricia A. Sullivan  
                                                  Patricia A. Sullivan